FILED

12 SEP 14 AM 9:37

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 12MJ8947 |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | Title 8, U.S.C., Section |
| David GURROLA-Guerrero, ) | 1324(a)(1)(A)(ii) |
| T.N. LUIS FONSECA ) | Illegal Transportation of Alien |
| Defendant. ) | |

The undersigned complainant, being duly sworn, states:

On or about September 12, 2012, within the Southern District of California, defendant, David GURROLA-Guerrero, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, Ines MALDONADO-Salazar, had come to, entered, or remained in the United States in violation of law, did transport or move said alien within the United States in furtherance of such violation of law; in

(1)

DOA 9/14/12            1∞

violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
JARED A. POLICASTRO
BORDER PATROL AGENT

SWORN TO BEFORE AND SUBSCRIBED IN MY PRESENCE THIS 14TH DAY OF SEPTEMBER 2012.

_____
HON. PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

(2)

UNITED STATES OF AMERICA

v.

David GURROLA-Guerrero

STATEMENT OF FACTS

The complainant states this complaint is based upon the investigative report by Border Patrol Agent (BPA) A. Gaytan that defendant, David GURROLA-Guerrero (GURROLA), a United States citizen, was arrested on September 12, 2012, near Calexico, California while smuggling one undocumented alien in violation of Title 8, United States Code, Section 1324.

On September 12, 2012, at approximately 9:30 p.m., Remote Video Surveillance System (RVSS) operators informed BPAs that a suspected illegal alien entered the United States by crossing the international boundary fence between Mexico and the United States. RVSS operators informed BPAs that the illegal alien ran north toward Anza Road. BPAs observed the illegal alien, later identified as Ines MALDONADO-Salazar (MALDONADO), and followed him until he entered the Burger King restaurant in Calexico.

BPAs observed MALDONADO exit the restaurant and walk north through the parking lot. BPAs observed a gray Ford Mustang, bearing California plate 6KRM994, approach MALDONADO. BPAs observed the passenger of the Mustang, GURROLA, signal MALDONADO with his hand to enter the Mustang, which he did. BPAs followed the Mustang until it parked in front of the Best Western hotel.

(3)

BPA F. Meza approached the driver, later identified as Jimmy MORALES-Rubio (MORALES), identified himself as a BPA and questioned him as to his citizenship. BPA Meza ascertained that MORALES is a United States citizen. BPA A. Tapia approached the passenger, GURROLA, and identified himself as a BPA and questioned him as to his citizenship. BPA Tapia ascertained that GURROLA is a United States citizen. BPA A. Garcia approached MALDONADO and questioned him as to his citizenship. BPA Garcia ascertained that MALDONADO is a citizen and national of Mexico without legal documents allowing him to remain, work, or reside in the United States legally. All individuals were placed under arrest.

GURROLA was read his rights per Miranda. GURROLA stated he understood his rights and was willing to answer questions without the presence of an attorney. GURROLA stated he was picked up by his friend MORALES to attend a gathering at a hotel. GURROLA stated they picked up another person, later identified as MALDONADO, on the way to the hotel. GURROLA stated he was unaware MALDONADO was illegally in the United States.

Material Witness Ines MALDONADO-Salazar was not willing to provide a statement without the presence of an attorney.

The complainant states the names of the Material Witnesses are as follows:

| NAME | PLACE OF BIRTH |
| --- | --- |
|  |  |

(4)

| Ines MALDONADO-Salazar | Mexico |
|---|---|

Further, complainant states that the Material Witness is a citizen of a country other than the United States; that said alien has admitted that he is deportable; that his testimony is material; that it is impracticable to secure his attendance at the trial by subpoena; and that he is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144

(5)